HARVEY P. SACKETT (72488)
SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHUONG H. HO,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration,<br><br>        Defendant. | Case No: C09-03933 JF PVT<br><br>STIPULATION AND ORDER |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (15) days up through and including Tuesday, March 16, 2010 in which to e-file her Motion for Summary Judgment. This extension is necessitated because of the number of other cases (4) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: February 26, 2010

/s/
SHEA LITA BOND
Special Assistant U.S. Attorney

Dated: February 26, 2010

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
PHUONG H. HO

IT IS SO ORDERED.

Dated: 3/8/10

HON. JEREMY FOGEL
United States District Judge

STIPULATION AND ORDER