1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HARVEY P. SACKETT (72488)

**S A C K E T T**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHUONG H. HO, | ) Case No:  C09-03933 JF PVT |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (15) days up through and including Tuesday, March 16, 2010 in which to e-file her Motion for Summary Judgment.  This extension is necessitated because of the number of other cases (4) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

1   JOSEPH P. RUSSONIELLO
United States Attorney

2

3

4
Dated: February 26, 2010                    /s/
5                                           _____
SHEA LITA BOND
6                                           Special Assistant U.S. Attorney

7

8

9
Dated: February 26, 2010                    /s/
10                                          _____
HARVEY P. SACKETT
11                                          Attorney for Plaintiff
PHUONG H. HO

12

13   IT IS SO ORDERED.

14

15

16   Dated:  3/8/10
                                            _____
17                                          HON. JEREMY FOGEL
United States District Judge

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION AND ORDER