JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: 415-977-8934
    Fax: 415-744-0134
    E-mail: Shea.Bond@ssa.gov

Attorneys for Defendant

\*\*E-Filed 4/21/2010\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHUONG HO,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 5:09-cv-3933 JF<br><br>**ORDER GRANTING**<br><br>**MOTION FOR EXTENSION OF TIME WITHIN WHICH DEFENDANT MAY FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Defendant, through his undersigned attorney, moves this Court for an Order granting Defendant an extension of time until May 14, 2010, within which to file his response to Plaintiff's Motion for Summary Judgment. This Order is sought on the following grounds:

Defendant's responsive pleading was due April 14, 2010. The undersigned needs additional time to communicate with the Appeals Council regarding the issues raised in Plaintiff's brief.

On April 14, 2010, 2009, the undersigned informed Plaintiff's attorney of this Motion for Extension of Time, and his office stated that they had no objection.

Dated: April 15, 2010

                        JOSEPH P. RUSSONIELLO
                        United States Attorney

By:    /s/ *Shea Lita Bond*
        SHEA LITA BOND
        Special Assistant United States Attorney

IT IS SO ORDERED.

Dated: 4/16/2010        JEREMY FOGEL
                          United States District Judge