1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney
           333 Market Street, Suite 1500
5          San Francisco, California 94105
           Telephone:  415-977-8934
6          Fax:   415-744-0134
           E-mail: Shea.Bond@ssa.gov
7
   Attorneys for Defendant
8
                       UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                           **SAN JOSE DIVISION**
11

12  PHUONG HO,                          )
                                        )   CIVIL NO. 5:09-CV-3933 JF
13        Plaintiff,                    )
                                        )
14        v.                            )   **STIPULATION AND ORDER FOR**
                                        )   **REMAND PURSUANT TO SENTENCE**
15  MICHAEL J. ASTRUE,                  )   **FOUR OF 42 U.S.C. § 405(g), and**
    Commissioner of                     )
16  Social Security,                    )   **REQUEST FOR ENTRY OF JUDGMENT**
                                        )   **IN FAVOR OF PLAINTIFF AND**
17        Defendant.                    )   **AGAINST DEFENDANT**
    _____    )
18

19       IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

20  record, that this action be remanded to the Commissioner of Social Security for further administrative

21  action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence

22  four.

23       On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the

24  following action:

25       The ALJ will consider only the period prior to November 18, 2006, the date Plaintiff

26       became disabled.  For the period prior to November 18, 2006, the ALJ will give further

27       consideration to the claimant's maximum residual functional capacity, and provide

28       rationale with specific references to evidence of record in support of assessed limitations

1    (SSR 96-8p) and obtain supplemental evidence from a vocational expert to clarify the

2    effect of the assessed limitations on the claimant's occupational base (SSR 85-15).  The

3    hypothetical questions should reflect the specific capacity/limitations established by the

4    record and the Administrative Law Judge will ask the vocational expert to identify

5    examples of appropriate jobs and to state the incidence of such jobs in the national

6    economy (20 CFR 404.1566).  Further, before relying on the vocational expert evidence,

7    the Administrative Law Judge will identify and resolve any conflicts between the

8    occupational evidence provided by VE and information in the DOT and (SSR 00-4p).

9    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of

10   plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the

11   Commissioner.

12                                      Respectfully submitted,

13

14   Dated: May 12, 2010              /s/ *Harvey Sackett*
                                       (As authorized via email)
15                                     HARVEY SACKETT
                                       Attorney for Plaintiff
16
     Dated: May 12, 2010              BENJAMIN B. WAGNER
17                                     United States Attorney
                                       LUCILLE GONZALES MEIS
18                                     Regional Chief Counsel, Region IX
                                       Social Security Administration
19

20                                     /s/ *Shea Lita Bond*
                                       SHEA LITA BOND
21                                     Special Assistant U.S. Attorney

22
     IT IS SO ORDERED:
23

24   Dated:  5/13/10

25

26

27

28