1    JOSEPH P. RUSSONIELLO, CSBN 44332
     United States Attorney
2    LUCILLE GONZALES MEIS, SBN CO 15153
     Regional Chief Counsel, Region IX
3    Social Security Administration
     SHEA LITA BOND, SBN D.C. 469103
4    Special Assistant United States Attorney

5         333 Market Street, Suite 1500
          San Francisco, California 94105
6         Telephone: (415) 977-8943
          Facsimile: (415) 744-0134
7         E-Mail: Shea.Bond@ssa.gov

8    Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        **SAN JOSE DIVISION**

12

13   PHUONG HO,                        )
                                       )    CIVIL NO. 5:09-CV-3933 JF
14             Plaintiff,              )
                                       )    STIPULATION AND ORDER AWARDING
15        v.                           )    ATTORNEY FEES UNDER THE
                                       )    EQUAL ACCESS TO JUSTICE ACT,
16   MICHAEL J. ASTRUE,                )    28 U.S.C. § 2412(d), AND COSTS UNDER
     Commissioner of Social Security,  )    28 U.S.C. § 1920
17                                     )
               Defendant.             )
18   _____)

19
             IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,
20
     subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney
21
     fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR
22
     THOUSAND ONE HUNDRED FIFTY NINE dollars and 61 cents ($4,159.61), and costs in the amount
23
     of THREE HUNDRED SEVENTY NINE dollars and 31 cents ($379.31) pursuant to 28 U.S.C. § 1920.
24
     This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in
25
     connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d) and 1920..
26
             This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney
27
     fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.
28
     Payment of FOUR THOUSAND ONE HUNDRED FIFTY NINE dollars and 61 cents ($4,159.61) in

EAJA attorney fees, and costs in the amount of THREE HUNDRED SEVENTY NINE dollars and 31

cents ($379.31), shall constitute a complete release from and bar to any and all claims Plaintiff may have

relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's

counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act

attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: _____June 10, 2010_____        /s/ Harvey P. Sackett_____
                                           (As authorized via email)
                                           HARVEY P. SACKETT
                                           Attorney for Plaintiff

Dated: _____June 10, 2010_____        JOSEPH P. RUSSONIELLO
                                           United States Attorney
                                           LUCILLE GONZALES MEIS
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration


                                           /s/ Shea Lita Bond_____
                                           SHEA LITA BOND
                                           Attorneys for Defendant


IT IS SO ORDERED:


Dated: ___7/1/10_____        _____

                                       United States District Judge

2