```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  LUCILLE GONZALES MEIS, SBN CO 15153
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    SHEA LITA BOND, SBN D.C. 469103
 4  Special Assistant United States Attorney

 5       333 Market Street, Suite 1500
         San Francisco, California 94105
 6       Telephone: (415) 977-8943
         Facsimile: (415) 744-0134
 7       E-Mail: Shea.Bond@ssa.gov

 8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN JOSE DIVISION**

| | |
|---|---|
| PHUONG HO,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____ | CIVIL NO. 5:09-CV-3933 JF<br><br>STIPULATION AND ORDER AWARDING<br>ATTORNEY FEES UNDER THE<br>EQUAL ACCESS TO JUSTICE ACT,<br>28 U.S.C. § 2412(d), AND COSTS UNDER<br>28 U.S.C. § 1920 |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND ONE HUNDRED FIFTY NINE dollars and 61 cents ($4,159.61), and costs in the amount of THREE HUNDRED SEVENTY NINE dollars and 31 cents ($379.31) pursuant to 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d) and 1920..

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FOUR THOUSAND ONE HUNDRED FIFTY NINE dollars and 61 cents ($4,159.61) in

EAJA attorney fees, and costs in the amount of THREE HUNDRED SEVENTY NINE dollars and 31 cents ($379.31), shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

 This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

                Respectfully submitted,

Dated: *June 10, 2010*       */s/ Harvey P. Sackett*
                *(As authorized via email)*
                HARVEY P. SACKETT
                Attorney for Plaintiff

Dated: *June 10, 2010*       JOSEPH P. RUSSONIELLO
                United States Attorney
                LUCILLE GONZALES MEIS
                Regional Chief Counsel, Region IX
                Social Security Administration

                */s/ Shea Lita Bond*
                SHEA LITA BOND
                Attorneys for Defendant

IT IS SO ORDERED:

Dated: 7/1/10

                United States District Judge

2